IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:07CR385 |
| **Plaintiff,** | ) | |
| vs. | ) | ORDER |
| **ENRIQUE CARDENAS,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue the deadline in ¶ 6 of the Order on Sentencing Schedule (Filing No. 41).

IT IS ORDERED:

1. The Defendant's motion to continue the deadline in ¶ 6 of the Order on Sentencing Schedule (Filing No. 41) is granted; and

2. The deadline in ¶ 6 of the Order on Sentencing Schedule is extended to June 23, 2008.

DATED this 20th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge